# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TROY LAWRENCE, SR.

NO. 2025 KW 0994

**FEBRUARY 10, 2026**

---

In Re:    Troy Lawrence, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-07744.

---

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DENIED.**

                          **MRT**
                          **BDH**

   **Balfour, J., dissents.**    I would vacate the ruling on the motion to suppress and grant the writ for the limited purpose of remanding this matter with instructions for the district court to review the video recording at issue before rendering a ruling.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.,** serving pro tempore, by special appointment of the Louisiana Supreme Court.